Matter of Kayla C. v Steven L. (2023 NY Slip Op 01427)

Matter of Kayla C. v Steven L.

2023 NY Slip Op 01427

Decided on March 17, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 17, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., LINDLEY, CURRAN, OGDEN, AND GREENWOOD, JJ.

264 CAF 20-00349

[*1]IN THE MATTER OF KAYLA C., PETITIONER-APPELLANT,
v
STEVEN L., RESPONDENT-RESPONDENT. (APPEAL NO. 1.) 

WILLIAM D. BRODERICK, JR., ELMA, FOR PETITIONER-APPELLANT.
REBECCA J. TALMUD, WILLIAMSVILLE, ATTORNEY FOR THE CHILD.

 Appeal from an order of the Family Court, Erie County (Deanne M. Tripi, J.), entered January 27, 2020 in a proceeding pursuant to Family Court Act article 5. The order, among other things, denied the petition to vacate the acknowledgment of paternity. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court.
Entered: March 17, 2023
Ann Dillon Flynn
Clerk of the Court